IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERROLD EVERETT SWANSON,<br>             Petitioner,<br>vs.<br>SYLVIA GARCIA,<br>             Respondent. | Case No. 2:03-cv-01597 (JKS)<br><br>ORDER |

     Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On May 23, 2007, the magistrate judge filed findings and recommendations herein, which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Petitioner has filed objections to the findings and recommendations.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, with particular attention to those portions relevant or pertinent to the objections raised, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

     Petitioner's objections essentially raise one point. He alleges his trial counsel was ineffective when he failed to timely move for a mistrial after the improper introduction of evidence that Petitioner had been in jail. The trial judge equivocated as to whether he would have granted a

1

timely motion, and denied the untimely motion for a mistrial. Petitioner insists that the trial judge's equivocation proves unequivocally the existence of prejudice because it demonstrates lack of confidence in the outcome. The magistrate was correct in concluding that the trial judge's equivocation does not provide evidence of how the motion would have been ruled upon. The state court's opinion that it was reasonably probable a timely motion would have been denied because the offending statement was so brief and innocuous is not contrary to, or an unreasonable application of, federal law.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed May 23, 2007, are adopted in full; and
2. Petitioner's application for writ of habeas corpus is denied.

Dated this the 7th day of December 2007.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER